GENERAL MOTORS CORPORATION and Edward H. Lutz, appellants, v. Logan L. MALLARD et al., appellees.

GENERAL MOTORS CORPORATION and Donald H. Reeves, appellants, v. Logan L. MALLARD et al., appellees.

GENERAL MOTORS CORPORATION and Donald H. Reeves, appellants, v. Logan L. MALLARD et al., appellees.

GENERAL MOTORS CORPORATION and Richard M. Storer, appellants, v. Logan L. MALLARD et al., appellees.

Nos. 9725–9728.

United States Court of Appeals District of Columbia Circuit.

Argued Feb. 10, 1949.

Decided Feb. 28, 1949.

Mr. G. H. Strickland, of Dayton, Ohio, with whom Messrs. John G. Sbarbaro, of Washington, D. C., and R. R. Candor, of Dayton, Ohio, were on the brief, for appellants.

Mr. A. Yates Dowell, of Washington, D. C., with whom Mr. P. E. Siggers, of Washington, D. C., was on the brief, for appellees Mallard and H. Clay Hofheimer, II.

Mr. Oliver S. Titcomb, of New York City, entered an appearance for appellees Gus. Roud and Servel, Inc.

Mr. Loyd H. Sutton, of Washington, D. C., entered an appearance for appellees Servel, Inc., and Robert Lay Hallock.

Before EDGERTON, PRETTYMAN and PROCTOR, Circuit Judges.

PER CURIAM.

We find no error in the judgment of the District Court in these cases. It is affirmed upon the opinion of that court.

Affirmed.